BERTHA E. MARTIN, as Administratrix, etc., Respondent, *v.* SPENCER C. PLATT et al., Appellants.

(Argued January 20, 1892; decided January 26, 1892.)

MOTION to dismiss an appeal from an order of the General Term of the Supreme Court, in the first judicial department, made October 16, 1891, which dismissed an appeal from a judgment in favor of plaintiff entered upon a verdict.

*George C. Coffin* for motion.

*William G. Wilson* opposed.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.